**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>GOODMAN NETWORKS, INC.,<br>    *Debtor.* | §<br>§<br>§<br>§ | CASE NO. 22-31641 (MVL)<br>(Bankr. N.D. Tex. – Dallas Division)<br>CHAPTER 7 |
| ARRIS SOLUTIONS, INC.,<br>    *Plaintiff,*<br><br>v.<br><br>GOODMAN NETWORKS, INC. ET AL.,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADV. NO. 23-05033-CAG |

**LIST OF STATE COURT DOCUMENTS**

| TAB | DATE | DESCRIPTION |
|---|---|---|
| A. | | State Court Docket Sheet |
| A-1. | 11/19/2021 | Original Petition and Jury Demand |
| A-2. | 11/30/2021 | Return of Service of Brad Kozma |
| A-3. | 11/30/2021 | Affidavit of Service of GNET ATC |
| A-4. | 12/03/2021 | Affidavit of Service of Goodman Networks |
| A-5. | 12/10/2021 | Rule 11 Agreement |
| A-6. | 01/14/2022 | James Goodman's Original Answer and Affirmative Defenses |
| A-7. | 01/18/2022 | Brad Kozma's Original Answer |
| A-8. | 01/18/2022 | GNET ATC's Original Answer and Special Exceptions |
| A-9. | 01/18/2022 | Goodman Networks, Inc. Original Answer and Affirmative Defenses |
| A-10. | 01/18/2022 | James Frinzi's Original Answer, Verified Denial and Affirmative Defenses |
| A-11. | 01/18/2022 | Jason Goodman's Original Answer, Verified Denial, and Special Exceptions |
| A-12. | 01/28/2022 | Brad Kozma's First Amended Answer |
| A-13. | 01/28/2022 | Brad Kozma's Motion to Dismiss Baseless Causes of Action |
| A-14. | 02/08/2022 | James Frinzi's Motion to Dismiss Baseless Causes of Action |
| A-15. | 02/08/2022 | Jason Goodman's First Amended 91a Motion to Dismiss Baseless Causes of Action |
| A-16. | 02/08/2022 | Jason Goodman's Motion 91a Motion to Dismiss Baseless Cause of Action |
| A-17. | 02/11/2022 | Fiat |
| A-18. | 02/11/2022 | Fiat |
| A-19. | 02/11/2022 | Notice of Hearing on Brad Kozma's Motion to Dismiss |

| A-20. | 02/15/2022 | Affidavit of Martha Hardwick Hofmeister in Support of Kozma's Motion to Dismiss |
| A-21. | 02/15/2022 | Amended Notice of hearing on Rule 91a Motion to Dismiss |
| A-22. | 02/22/2022 | Plaintiff's Response to Brad Kozma's Motion to Dismiss |
| A-23. | 02/22/2022 | Proposed Order on Plaintiff's Response to Brad Kozma's Motion to Dismiss |
| A-24. | 02/28/2022 | Brad Kozma's Notice of Withdrawal of Motion to Dismiss Baseless Causes of Action |
| A-25. | 03/11/2022 | Plaintiff's First Amended Petition and Jury Demand |
| A-26. | 03/15/2022 | James Frinzi and Jason Goodman and's Notice of Withdrawal of 91a Motion to Dismiss Baseless Causes of Action |
| A-27. | 07/01/2022 | Plaintiff's Motion to Compel Discovery from Goodman Solutions |
| A-28. | 07/11/2022 | Motion to Quash Deposition of Brad Korma |
| A-29. | 07/11/2022 | Order Granting Motion to Quash Deposition of Brad Kozma |
| A-30. | 09/06/2022 | Vacation Letter |
| A-31. | 09/28/2022 | Reporter's Certification Deposition of Brad Kozma |
| A-32. | 10/21/2022 | Plaintiff's Notice of Dismissal with Prejudice of Brad Kozma |
| A-33. | 11/23/2022 | ARRIS Second Amended Petition and Jury Demand |
| A-34. | 11/28/2022 | Request for Process |

Respectfully Submitted,

**WINSTEAD PC**

By: */s/ Matthias Kleinsasser*
Matthias Kleinsasser
State Bar No. 24071357
mkleinsasser@winstead.com
Sahrish K. Soleja
State Bar No. 24102522
ssoleja@winstead.com
300 Throckmorton Street, Suite 1700
Fort Worth, Texas 76102
(817) 420-8200 Telephone
(817) 420-8201 Facsimile

**COUNSEL FOR NON-PARTY JAMES GOODMAN**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all counsel of recordin this case by ECF on March 16, 2023.

*/s/ Matthias Kleinsasser*
Matthias Kleinsasser