# EXHIBIT A-31
## Reporter's Certification
## Deposition of Brad Kozma

FILED
9/28/2022 1:22 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Leticia Leija
Bexar County - 166th District Court

Transcript of Brad Kozma
August 16, 2022                                                    193

```
 1                        NO. 2021-CI-24147

 2    ARRIS SOLUTIONS, INC.,        )IN THE DISTRICT COURT

 3              Plaintiff           )

 4                                  )

 5    VS.                           )BEXAR COUNTY, TEXAS

 6                                  )

 7    GOODMAN NETWORKS, INC., d/b/a)

 8    GOODMAN SOLUTIONS; GNET ATC, )

 9    LLC, f/k/a GENESIS NETWORKS  )

10    TELECOM SERVICES, LLC; JAMES )

11    GOODMAN; and BRAD KOZMA,     )

12              Defendants          )166TH JUDICIAL DISTRICT

13                    REPORTER'S CERTIFICATION

14                  DEPOSITION OF BRAD KOZMA

15                      AUGUST 16, 2022

16         I, Kathryn R. Baker, Certified Shorthand

17    Reporter in and for the State of Texas, hereby certify to

18    the following:

19         That the witness, BRAD KOZMA, was duly sworn by

20    the officer and that the transcript of the oral deposition

21    is a true record of the testimony given by the witness;

22         That the deposition transcript was submitted on

23    the 30th day of August, 2022 to the witness or to the

24    attorney for the witness for examination, signature and

25    return to me by the 19th day of September, 2022;
```

Copy from re:SearchTX

Transcript of Brad Kozma
August 16, 2022

194

```
1              That the amount of time used by each party at

2       the deposition is as follows:

3              Ms. Amy Ruhland ................ (03:55)
               Ms. Martha Hardwich Hofmeister .. (00:02)
4              Mr. Matthias Kleinsasser ........ (00:05)
               Ms. Stefani Carter .............. (00:00)
5              Ms. Jennifer Lee ................ (00:00)
               Mr. Ryan J. Sullivan ............ (00:00)
6              Ms. Karley Buckley .............. (00:00)

7              That pursuant to information given to the

8       deposition officer at the time said testimony was taken,

9       the following includes all counsel for parties of record:

10             Ms. Amy Ruhland, Mr. Ryan J. Sullivan and
        Ms. Karley Buckley, Attorneys for the PLAINTIFF
11             Ms. Martha Hardwich Hofmeister, Attorney for the
        DEFENDANT, BRAD KOZMA
12             Mr. Matthias Kleinsasser, Attorney for the
        DEFENDANT, JAMES GOODMAN:
13             Ms. Stefani Carter, Attorney for the DEFENDANT,
        GNET ATC, LLC
14             Ms. Jennifer Lee, Attorney for the DEFENDANT,
        GOODMAN NETWORKS, INC.

15

16             I further certify that I am neither counsel for,

17      related to, nor employed by any of the parties or

18      attorneys in the action in which this proceeding was

19      taken, and further that I am not financially or otherwise

20      interested in the outcome of the action.

21             Further certification requirements pursuant to

22      Rule 203 of TRCP will be certified to after they have

23      occurred.

24

25
```

Copy from re:SearchTX

Transcript of Brad Kozma
August 16, 2022

1          Certified to by me this 30th day of August,

2     2022.

3

4                    _____

5                    KATHRYN R. BAKER, RPR, CSR #6955
                     Expiration Date:  04/31/2023
6                    Firm Registration No. 686
                     PLANET DEPOS
7                    455 Hungerford Drive
                     Suite 400
8                    Rockville, Maryland 20850
                     888-433-3767
9                    planetdepos.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Copy from re:SearchTX

Transcript of Brad Kozma
August 16, 2022                                                        196

```
 1              FURTHER CERTIFICATION UNDER RULE 203 TRCP

 2              The original deposition (was) was not returned to

 3     the deposition officer on the 19th day of  September  ,

 4     2022;

 5              If returned, the attached Changes and Signature

 6     page contains any changes and the reasons therefor;

 7              If returned, the original deposition was

 8     delivered to Ms. Amy Ruhland, Custodial Attorney;

 9              That $ 1,633.80 is the deposition officer's

10     charges to the Plaintiff for preparing the original

11     deposition transcript and any copies of exhibits;

12              That the deposition was delivered in accordance

13     with Rule 203.3, and that a copy of this certificate was

14     served on all parties shown herein and filed with the

15     Clerk.

16              Certified to by me this 30th day of

17     August, 2022.

18

19

20     _____

21     KATHRYN R. BAKER, RPR, CSR #6955
       Expiration Date:  04/31/2023
22     Firm Registration No. 686
       PLANET DEPOS
23     455 Hungerford Drive
       Suite 400
24     Rockville, Maryland 20850
       888-433-3767
25     planetdepos.com
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Copy from re:SearchTX



August 30, 2022

Martha Hardwich Hofmeister, Esquire
Shackelford, Bowen, McKinley & Horton LLP
9201 N. Central Expressway 4th Floor
Dallas, TX 75231

Re: Deposition of **Brad Kozma**
    Date: 8/16/2022
    Case: Arris Solutions, Inc. -v- Goodman Networks, Inc., et al.

Dear Sir/Madam,

Attached please find the above-referenced deposition transcript. If applicable, is required within 20 day(s) from the date of this letter.

In accordance with the disposition of signature at the deposition or the pertinent jurisdictional rules, the deponent should follow these instructions to complete the Errata Sheet:

(1) Read the transcript and indicate any corrections or changes in ink on the enclosed Errata Sheet. Please include page and line numbers. If more space is needed for corrections, please use a blank sheet of paper. If no corrections or changes are necessary, please indicate "no corrections" or "no changes" on the Errata Sheet.

(2) Sign and date the Errata Sheet and Acknowledgement of Deponent/Affiant pages in the presence of a Notary.

(3) Please return the Original transcript, executed Errata Sheet and Acknowledgement pages to the address indicated below, submit via fax (888-503-3767) or email (transcripts@planetdepos.com).

A copy of this letter and the returned signature pages, if any, will be distributed to counsel.

Sincerely,

Production Department
Planet Depos, LLC
451 Hungerford Drive
Suite 400
Rockville, Maryland 20850

No. 456831

Copy from re:SearchTX

No. 456831

Re:    Deposition of **Brad Kozma**
       Date: 8/16/2022
       Case: Arris Solutions, Inc. -v- Goodman Networks, Inc., et al.
       Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 27 | 10 | Replace "have" with "had" |
| 30 | 13 | Insert "what I was being told to do" after "And" |
| 30 | 13 | Insert "make me" before "feel" |
| 37 | 20 | Replace "Reo" with "Rao" |
| 44 | 9 | Replace "Demoss" with "Dumas" |
| 46 | 20 | Replace "at" with "of" |
| 83 | 10 | Insert a comma after "better" |
| 83 | 10 | Replace "or" with "it got" |
| 89 | 14 | Replace "Reo" with "Rao" |
| 89 | 17 | Replace "R-E-O" with "R-A-O" |
| 89 | 18 | Replace "Reo" with "Rao" |
| 94 | 21 | Replace "Reo" with "Rao" |
| 97 | 6 | Replace "Reo" with "Rao" |
| 97 | 15 | Replace "Reo" with "Rao" |
| 98 | 8 | Replace "Reo" with "Rao" |
| 98 | 11 | Replace "Reo's" with "Rao's" |
| 98 | 22 | Replace "Reo" with "Rao" |

_9/16/22_                                  _Brad_
(Date)                                     (Signature)

SUBSCRIBED AND SWORN before and to me this _16 4h_ day of _September_ , 20_23_

_Tammy Houghton_
NOTARY PUBLIC

Printed Name: _Tammy Houghton_

My Commission Expires: _____

TAMMY HOUGHTON
Notary Public
STATE OF TEXAS
ID#124251031
My Comm. Exp. Jan. 20, 2023

No. 456831

Re:    Deposition of **Brad Kozma**
       Date: 8/16/2022
       Case: Arris Solutions, Inc. -v- Goodman Networks, Inc., et al.
       Return to: transcripts@planetdepos.com

| 99 | 24 | Replace "Reo" with "Rao" |
|----|----|--------------------------|
| 100 | 8 | Replace "Reo" with "Rao" |
| 118 | 7 | Replace "Omar" with "Elmore" |
| 176 | 11 | Replace "we're" with "they're" |
| 188 | 19 | Replace "James" with "Jason" |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_9/16/22_                              _____
(Date)                                 (Signature)

SUBSCRIBED AND SWORN before and to me this _16th_ day of _September_, 20_23_.

NOTARY PUBLIC

Printed Name:   _Tammy Houghton_

My Commission Expires:

TAMMY HOUGHTON
Notary Public
STATE OF TEXAS
ID#124251031
My Comm. Exp. Jan. 20, 2023

Copy from re:SearchTX

No. 456831

Re:    Deposition of **Brad Kozma**
        Date: 8/16/2022
        Case: Arris Solutions, Inc. -v- Goodman Networks, Inc., et al.
        Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

          I, Brad Kozma, do hereby acknowledge that I

have read and examined the foregoing testimony, and

the same is a true, correct and complete

transcription of the testimony given by me and any

corrections appear on the attached Errata sheet

signed by me.


_____9/16/22_____        _____
        (Date)                        (Signature)


SUBSCRIBED AND SWORN before and to me this 16th day of

September, 20 22.

_____

NOTARY PUBLIC

Printed Name:

_____Tammy Houghton_____

My Commission Expires:

TAMMY HOUGHTON
Notary Public
STATE OF TEXAS
ID#124251031
My Comm. Exp. Jan. 20, 2023

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 68698580
Status as of 9/29/2022 10:40 AM CST
Associated Case Party: Arris Solutions, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Sullivan | | ryan.sullivan@us.dlapiper.com | 9/28/2022 1:22:34 PM | SENT |
| Jennifer Nall | | jennifer.nall@us.dlapiper.com | 9/28/2022 1:22:34 PM | SENT |
| Abe Hewgley | | abe.hewgley@us.dlapiper.com | 9/28/2022 1:22:34 PM | SENT |

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 68698580
Status as of 9/29/2022 10:40 AM CST
Associated Case Party: Goodman Networks Inc

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elizabeth Deleon | | edeleon@lawdcm.com | 9/28/2022 1:22:34 PM | SENT |
| Debra AnnArriola | | darriola@lawdcm.com | 9/28/2022 1:22:34 PM | SENT |
| Ricardo G.Cedillo | | rcedillo@lawdcm.com | 9/28/2022 1:22:34 PM | SENT |
| Donna Shodrock | | dshodrock@lawdcm.com | 9/28/2022 1:22:34 PM | SENT |
| Brian LLewis | | blewis@lawdcm.com | 9/28/2022 1:22:34 PM | SENT |
| Sergio Davila | | sergio@clands.com | 9/28/2022 1:22:34 PM | SENT |
| Jennifer Tatum Lee | | jennifer@clands.com | 9/28/2022 1:22:34 PM | SENT |

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 68698580
Status as of 9/29/2022 10:40 AM CST
Associated Case Party: Brad Kozma

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michelle AMorgan | | MMorgan@shackelford.law | 9/28/2022 1:22:34 PM | SENT |
| Martha HardwickHofmeister | | mhofmeister@shackelford.law | 9/28/2022 1:22:34 PM | SENT |

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this
document via email generated by the efiling system on the date and to the persons listed below.
The rules governing certificates of service have not changed. Filers must still provide a certificate
of service that complies with all applicable rules.

Envelope ID: 68698580

Status as of 9/29/2022 10:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stefani Carter | | scarter@fbfk.law | 9/28/2022 1:22:34 PM | SENT |
| Amy Ruhland | | amy.ruhland@us.dlapiper.com | 9/28/2022 1:22:34 PM | SENT |
| James E.Davis | | jdavis@fbfk.law | 9/28/2022 1:22:34 PM | SENT |
| Ryan D.Marrone | | rmarrone@fbfk.law | 9/28/2022 1:22:34 PM | SENT |
| Kevin E.Barnett | | kbarnett@fbfk.law | 9/28/2022 1:22:34 PM | SENT |
| Toby Michael Galloway | 790733 | tgalloway@winstead.com | 9/28/2022 1:22:34 PM | SENT |
| Mary Willhite | | mwillhite@shackelford.law | 9/28/2022 1:22:34 PM | SENT |
| Kashonna Ross | | kross@fbfk.law | 9/28/2022 1:22:34 PM | SENT |

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 68698580
Status as of 9/29/2022 10:40 AM CST

Associated Case Party: James Goodman

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthias Kleinsasser | | mkleinsasser@winstead.com | 9/28/2022 1:22:34 PM | SENT |

Copy from re:SearchTX