

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 19, 2023**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br>GOODMAN NETWORKS, INC.,<br>*Debtor*. | § § § § § | Case No. 22-31641 (MVL)<br>(Bankr. N.D. Tex. – Dallas Division)<br>Chapter 7 |
| ARRIS SOLUTIONS, INC.,<br>*Plaintiff*,<br>v.<br>GOODMAN NETWORKS, INC. d/b/a GOODMAN SOLUTIONS; GNET ATC, LLC GENESIS NETWORKS TELECOM SERVICES, LLC d/b/a GENESIS ATC; and JAMES GOODMAN,<br>*Defendants*. | § § § § § § § § § § § § § | Adversary Proceeding No. 23-03035-mvl |

## ORDER GRANTING
## MOTION TO ABATE ADVERSARY PROCEEDING

Before the Court is the *Agreed Motion to Abate Adversary Proceeding* (the "Motion") filed by Plaintiff ARRIS Solutions, Inc. ("ARRIS"), Defendant James Goodman ("Goodman"), and Scott M. Seidel, Trustee of the bankruptcy estate of Goodman Networks, Inc. d/b/a Goodman Solutions (the "Trustee"). By the Motion, the parties request that the above-captioned adversary proceeding (the "Adversary") be abated for 180 days, subject to the conditions set forth below. After reviewing the Motion and considering the agreement of counsel and applicable authority, the Court finds and concludes that the Motion should be GRANTED. It is therefore

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Adversary, and any deadlines therein or related thereto, are abated for 180 days from the date of entry of this Order, after which the Court will consider whether the Adversary should remain abated; provided that abatement is without prejudice to any party to the Adversary requesting that abatement be lifted prior to the 180-day deadline and the right of any other party to oppose such request; and it is further

ORDERED that this Order shall not affect any rights, claims, and defenses of each party with respect to the Adversary, all of which are expressly reserved.

ORDERED that the Adversary is scheduled for a Status Conference on **March 19, 2024 at 9:30 a.m.** to discuss the abatement of this case.

#### END OF ORDER ####

**PREPARED BY:**

*/s/ Matthias Kleinsasser*
Matthias Kleinsasser
State Bar No. 24071357
mkleinsasser@winstead.com
Sahrish K. Soleja
State Bar No. 24102522
ssoleja@winstead.com
WINSTEAD PC
300 Throckmorton Street, Suite 1700
Fort Worth, Texas 76102

*Counsel for Defendant James Goodman*