

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 10, 2024**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> GOODMAN NETWORKS, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 22-31641 (MVL) |
| In re: <br><br> ARRIS SOLUTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> GOODMAN NETWORKS, INC., *et al.*, <br><br> Defendants. | Adv. Case No. 23-03035 (MVL) |

## ORDER FURTHER ABATING ADVERSARY PROCEEDING

At the Status Conference held on March 19, 2024, Plaintiff ARRIS Solutions, Inc. ("ARRIS"), Defendant James Goodman ("Goodman"), and Scott M. Seidel, Trustee of the

1608221242.2

bankruptcy estate of Goodman Networks, Inc. d/b/a Goodman Solutions (the "Trustee" and together with ARRIS and Goodman, the "Parties") requested the above-captioned adversary proceeding (the "Adversary") be further abated for an additional 180 days, subject to the conditions set forth below (the "Request"). After considering the request of the Parties, agreement of counsel and applicable authority, the Court finds and concludes the Request should be GRANTED. It is therefore

ORDERED that the Request is GRANTED; and it is further

ORDERED that the Adversary, and any deadlines therein or related thereto, are abated for 180 days from the date of entry of this Order, after which the Court will consider whether the Adversary should remain abated; provided the abatement is without prejudice to any party to the Adversary requesting the abatement be lifted prior to the 180-day deadline and the right of any other party to oppose such request; and it is further

ORDERED this Order shall not affect any rights, claims, and defenses of each party with respect to the Adversary, all of which are expressly reserved; and it is further

ORDERED the Adversary is scheduled for a Status Conference on **October 2, 2024 at 9:30 a.m. (CT)** to discuss the abatement of this case.

### # # # END OF ORDER # # #

**PREPARED BY:**

 /s/  Noah M. Schottenstein
James P. Muenker (SBN 24002659)
james.muenker@us.dlapiper.com
Noah M. Schottenstein (SBN 24100661)
noah.shottenstein@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201

*Counsel for ARRIS Solutions, Inc.*

2

1608221242.2